O

# United States District Court
# Central District of California

| | |
|---|---|
| SARKHAN NABIYEV,<br><br>                    Plaintiffs,<br><br>         v.<br><br>CLOSET WORLD, INC. ET AL.,<br><br>                    Defendants. | Case No. 2:23-cv-02218-ODW (PDx)<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

The Court, having considered the parties' Joint Stipulation for Extension of Time for Defendants to Respond to First Amended Complaint, hereby **GRANTS** the joint stipulation. Defendants must respond to Plaintiff's First Amended Complaint by December 28, 2023.

**IT IS SO ORDERED.**

December 21, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE